UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MICHAEL ADAMS,

                      **Plaintiffs,**

        -against-

**135 SULLIVAN REALTY LLC and**
**770 KITCHEN LLC,**

                      **Defendants.**
-------------------------------------------------------------- x

22-CV-8838 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to provide a Joint Status Report to the Court on or before April 28, 2023 as to the status of this action.

If Plaintiffs intend to move for default judgment against 135 Sullivan Realty or 770 Kitchen LLC, they should refer to the procedures for Default Judgment as outlined in the Court's Individual Practices at Attachment A.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **April 14, 2023**

                                        */s/ Andrew L. Carter, Jr.*
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**