UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

           *Plaintiff*,

-against-

135 SULLIVAN REALTY LLC, and
770 KITCHEN LLC,

           *Defendants*.

22-CV-08838 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **May 28, 2023**.

**SO ORDERED.**

Dated:   May 1, 2023
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**