UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ADAMS,<br><br>                         *Plaintiff*,<br><br>-against-<br><br>135 SULLIVAN REALTY LLC, and<br>770 KITCHEN LLC,<br><br>                        *Defendants*. | 22-CV-08838 (ALC)<br><br>**ORDER OF TERMINATION** |

**ANDREW L. CARTER, JR., District Judge:**

      As this civil case was terminated on May 1, 2023, the Clerk of Court is respectfully directed to close the open motion at ECF No. 25.

**SO ORDERED.**

**Dated:**    **May 22, 2023**
               **New York, New York**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**